AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

VINOD N. NANDLAL
8313 Skyridge Drive
Plano, TX  75025

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL B. MUKASEY, U.S. Attorney General, and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, and JONATHAN SCHARFEN, Acting Director of the U.S. Citizenship and Immigration Services, and F. GERARD HEINAUER, Director of the USCIS Nebraska Service Center

Case: 1:08-cv-00924
Assigned To : Sullivan, Emmet G.
Assign. Date : 5/30/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

ROBERT S. MUELLER, III, Director
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, N.W.
Washington, DC  20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD  21117

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    MAY 3 0 2008
CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE<br>June 3, 2008 |
| NAME OF SERVER *(PRINT)*<br>Brian S. Green | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  __Federal Express Delivery__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __6/4/08__        _[signature]_
             Date            *Signature of Server*

*Address of Server*
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Debbie Meekins

**From:** TrackingUpdates@fedex.com
**Sent:** Tuesday, June 03, 2008 9:58 AM
**To:** Debbie Meekins
**Subject:** FedEx Shipment 952639414885 Delivered

---

This tracking update has been requested by:

Company Name:            LAW OFFICES OF SHEELA MURTHY
Name:                    DEBBIE MEEKINS
E-mail:                  DEBBIE@MURTHY.COM

---

Our records indicate that the following shipment has been delivered:

Reference:                  05-1384HLHFM/DM
Ship (P/U) date:            Jun 2, 2008
Delivery date:              Jun 3, 2008 9:55 AM
Sign for by:                T.CHASE
Delivered to:               FedEx Location
Service type:               FedEx Standard Overnight
Packaging type:             FedEx Envelope
Number of pieces:           1
Weight:                     0.50 lb.
Special handling/Services:  Hold At FedEx Location

Tracking number:            952639414885

Shipper Information                  Recipient Information
DEBBIE MEEKINS                       ROBERT S MUELLER III DIR.
LAW OFFICES OF SHEELA MURTHY         FEDERAL BUREAU OF
10451 MILL RUN CIRCLE;SUITE 100      INVESTIGATIONS
OWINGS MILLS                         J. EDGAR HOOVER BUILDING;935
MD                                   PENNSYLVANIA AVENUE
US                                   WASHINGTON
21117                                DC
                                     US
                                     205350001

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 8:57 AM CDT
on 06/03/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

6/4/2008