AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

VINOD N. NANDLAL
8313 Skyridge Drive
Plano, TX 75025

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL B. MUKASEY, U.S. Attorney General, and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, and JONATHAN SCHARFEN, Acting Director of the U.S. Citizenship and Immigration Services, and F. GERARD HEINAUER, Director of the USCIS Nebraska Service Center

CASE NU

Case: 1:08-cv-00924
Assigned To : Sullivan, Emmet G.
Assign. Date : 5/30/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

F. GERARD HEINAUER, Director
Nebraska Service Center,
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
850 S. Street,
Lincoln, NE 68501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    MAY 3 0 2008

CLERK                                          DATE

(BY) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  June 3, 2008 |
| NAME OF SERVER *(PRINT)*  Brian S. Green | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): ___Federal Express Delivery___

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6/4/08___
                Date

*Signature of Server*

*Address of Server*
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Debbie Meekins**

| | |
|---|---|
| From: | TrackingUpdates@fedex.com |
| Sent: | Tuesday, June 03, 2008 10:08 AM |
| To: | Debbie Meekins |
| Subject: | FedEx Shipment 952639414900 Delivered |

```
This tracking update has been requested by:

Company Name:              LAW OFFICES OF SHEELA MURTHY
Name:                      DEBBIE MEEKINS
E-mail:                    DEBBIE@MURTHY.COM


Our records indicate that the following shipment has been delivered:

Reference:                 05-1384HLHFM/DM
Ship (P/U) date:           Jun 2, 2008
Delivery date:             Jun 3, 2008 9:04 AM
Sign for by:               R.COOK
Delivered to:              Mailroom
Service type:              FedEx Standard Overnight
Packaging type:            FedEx Envelope
Number of pieces:          1
Weight:                    1.00 lb.
Special handling/Services: Deliver Weekday

Tracking number:           952639414900


Shipper Information               Recipient Information
DEBBIE MEEKINS                    F. GERARD HEINAUER
LAW OFFICES OF SHEELA MURTHY      NEBRASKA SERVICE CENTER
10451 MILL RUN CIRCLE;SUITE 100   U.S DEPT HOMELAND
OWINGS MILLS                      SECURITY;USCIS- 850 S. STREET
MD                                LINCOLN
US                                NE
21117                             US
                                  68501


Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 9:08 AM CDT
on 06/03/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
```