CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VINOD N. NANDLAL | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Case Number 08-924 (ESH) |
| | ) | |
| | ) | Category C |
| MICHAEL B. MUKASEY, ET AL. | ) | |
| | ) | |
| Defendant | ) | |

# REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on June 13, 2008 from Judge

Emmet G. Sullivan to Judge Ellen Segal Huvelle by direction of the Calendar

Committee.

(Case randomly reassigned as not related.)

JUDGE ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Sullivan & Courtroom Deputy
      Judge Huvelle & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk