UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VINOD N. NANDLAL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL B. MUKASEY, Attorney General, ) <br> U.S. Department of Justice, *et al.* ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 08-0924 (EGS) |

### SECOND JOINT MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the parties respectfully move, by and through their undersigned counsel, for an enlargement of time for Defendants to respond to the Complaint filed in the above entitled action. Specifically, the parties request that the Court extend Defendants' deadline for responding to the Complaint from September 4, 2008 to October 6, 2008 -- a one month extension of time. The grounds for this Motion are set forth below.

This case concerns a mandamus claim brought by Plaintiff seeking to compel Defendants to adjudicate Plaintiff's I-485 immigration application for an adjustment of status. The U.S. Attorney's Office was served with the Complaint on June 3, 2008.

As noted in the parties' first Joint Motion for an Extension of Time, promptly after the U.S. Attorney's Office was served, defense counsel contacted the United States Citizenship and Immigration Services ("USCIS"), which is allegedly responsible for adjudicating immigration applications, regarding Plaintiff's application. Thereafter, USCIS provided defense counsel a notice stating that Plaintiff's I-485 application was approved, which defense counsel subsequently forwarded to Plaintiff's counsel. Upon receipt of such notice, Plaintiff's counsel

informed defense counsel that Plaintiff would voluntarily dismiss this case once Plaintiff receives his new green card, an event which stems from approval of his I-485 application.

The parties file this second Joint Motion for an Extension of time to allow additional time for Plaintiff to receive his green card, which will result in this case being voluntarily dismissed, thereby eliminating the need for any response to the Complaint or further litigation in this action. This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents the parties' second request for an extension of this deadline and, in total, their second request for an extension in this action. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. Allowing the parties a reasonable amount of additional time to informally resolve this dispute serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, the parties respectfully request that the time for responding to the Complaint be extended to, and including, October 6, 2008. A proposed order is attached.

Dated: September 4, 2008
       Washington, DC

Respectfully submitted,

| /s/ | |
|---|---|
| ARON A. FINKELSTEIN, D.C. BAR #25560 | JEFFREY A. TAYLOR, D.C. BAR #498610 |
| Murthy Law Firm | United States Attorney |
| 10451 Mill Run Circle, Suite 100 | |
| Owings Mills, MD 21117 | |
| (410) 356-5440 | |
| | RUDOLPH CONTRERAS, D.C. BAR #434122 |
| *Attorney for Plaintiff* | Assistant United States Attorney |

                                          /s/
                              BRIAN P. HUDAK
                              Assistant United States Attorney
                              555 4th Street, NW
                              Washington, DC 20530
                              (202) 514-7143

                              *Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VINOD N. NANDLAL, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 08-0924 (EGS) |
| MICHAEL B. MUKASEY, Attorney General, U.S. Department of Justice, *et al.* | ) ) ) ) | |
| Defendants. | ) ) ) | |

### [PROPOSED] ORDER

UPON CONSIDERATION of the parties' second joint motion for an enlargement of time for Defendants to respond to the Complaint in this action, and for good cause shown, it is hereby:

ORDERED that the parties' joint motion is GRANTED, and it is further

ORDERED that Defendants shall have through, and including, October 6, 2008, to respond to the Complaint in this action.

_____                    _____
Date                                                                        EMMET G. SULLIVAN
                                                                                    United States District Judge

Copies to Counsel of Record by CM/ECF.